FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 MAR -4 P 3: 15
2002 MAR -5 P 2: 15

AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,           :

       Plaintiff,            :

   v.                                 :   Civil No. L-00-1747

Vernon N. Johnson,                  :

       Defendant,            :

Bruce Tabler                        :
Controller
Roofers, Inc.                       :
325 West 23rd Street
Baltimore, Maryland 21211-3298,     :

       Garnishee.            :

. . . . .ooOoo. . . . .

Clerk:

    Plaintiff, United States of America, hereby withdraws its request for a Writ of Continuing Garnishment of Wages to to Seta Corporation, and for cause states:

    The judgment in the above-entitled action, to include principal, interest and costs is now paid, settled and satisfied.

                              Respectfully submitted,

                              Thomas M. DiBiagio
                              United States Attorney

                      By: _____
                              Tamera L. Fine
                              Assistant U.S. Attorney
                              6625 U.S. Courthouse
                              101 West Lombard Street
                              Baltimore, Maryland 21201-2696
                              410-209-4800
                              Trial Bar No. 024751

GRANTED 5TH
MOTION "_____" this ____ day
of MARCH           20 02.

_____
BENSON EVERETT LEGG, U.S.D.J.

cf 3/5/02 ms

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2002, a copy of the foregoing was sent, first class mail, postage prepaid, to: Bruce Tabler, Controller, Roofers, Inc., 325 West 23rd Street, Baltimore, Maryland 21211-3298, garnishee and Vernon N. Johnson, 1931 Herbert Street, Baltimore, Maryland 21217, defendant.

Tamera L. Fine
Assistant U.S. Attorney